UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

CASE NO.: CV-11-3030-R                           DATE: FEBRUARY 23, 2012

TITLE: ERVIN DAYS -V- NOVARTIS PHARMACEUTICALS CORP
================================================================
PRESENT:

<u>HON. MANUEL L. REAL, JUDGE</u>

| <u>William Horrell</u> | <u>   N/A   </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

Not present                                                                Not present

PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

THIS MATTER IS SET ON CALENDAR ON MARCH 12, 2012 AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING OF COUNSEL. ATTENDANCE AT THE HEARING IS MANDATORY; FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE ACTION.

cc: counsel of record

MINUTES FORM 11                                                          Initials of Deputy Clerk __WH__
CIVIL - GEN                              D-M